# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRYSTIE BUCHANAN** AND **BRYAN BUCHANAN,**<br><br>Plaintiff,<br><br>v.<br><br>**PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP,**<br><br>Defendants. | Case No: 2:14-CV-02819-WBS-AC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice. This court retains jurisdiction for purposes of settlement.

IT IS SO ORDERED.

Dated: March 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE